UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN ROBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:17-cv-2287 |
| | ) |
| INDIANAPOLIS COLTS, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1. Plaintiff, John Robbins ("Robbins"), brings this action against Defendant, the Indianapolis Colts, Inc. ("Defendant"), for unlawfully violating his rights as protected by the Age Discrimination in Employment Act ("ADEA"), as amended and Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended.

**PARTIES**

2. Robbins has resided within the Southern District of Indiana at all relevant times.

3. Defendant is a corporation doing business within the Southern District of Indiana.

**JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331; 42 U.S.C. § 1988; 29 U.S.C. § 626 c; and 42 U.S.C. § 2000e-5(f)(3).

5. Robbins is an "employee" within the meaning of 29 U.S.C. § 630(f) and 42 U.S.C. § 2000e(f).

6. Defendant is an "employer" within the meaning of 29 U.S.C. § 630(b) and 42 U.S.C. § 2000e(b).

7. Robbins satisfied his obligations to exhaust his administrative remedies, having timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"). The EEOC issued a right-to-sue notice to Robbins. He now timely files her lawsuit.

8. Venue is proper in this Court.

## **FACTUAL ALLEGATIONS**

9. Robbins is a male over the age of 50.

10. Robbins currently, and at all relevant times since 2000, has been employed by Defendant as its Maintenance and Construction Supervisor.

11. Robbins' work performance met or exceeded Defendant's legitimate expectations at all relevant times

12. Beginning in or about 2015, Defendant began systematically removing significant and material duties and responsibilities from Robbins and assigning them to substantially younger and/or female individuals.

13. The Defendant has, in effect, significantly diminished Robbins' skill levels and demoted him.

14. The Defendant has given many of Robbins' material duties and responsibilities to Hilari Goris, a female who is substantially younger than Robbins, and who has substantially less knowledge and experience in maintenance and construction work than Robbins.

15. Defendant has accorded more favorable treatment to similarly-situated employees who are substantially younger than Plaintiff and/or female.

16. All reasons proffered by Defendant for adverse actions taken by it regarding Robbins' employment are pretextual.

17. Robbins has suffered injury as a result of Defendant's unlawful actions.

## COUNT I- AGE DISCRIMINATION – ADEA

18.Robbins hereby incorporates paragraphs 1-17 of his Complaint.

19.Defendant has taken adverse employment actions against Robbins based on his age.

20.Defendant treats Plaintiff's similarly-situated younger co-workers more favorably than it treats Plaintiff.

21.Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Robbins' rights under the ADEA.

## COUNT II-SEX DISCRIMINATION – TITLE VII

22.Robbins hereby incorporates paragraphs 1-21 of his Complaint.

23.Defendant has taken adverse employment actions against Robbins because of his sex.

24.Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Green's rights as protected by Title VII.

25.Robbins has been injured as a result of Defendant's unlawful actions.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, John Robbins, by counsel, respectfully requests that this Court find for him and order that:

1.Defendant reinstate Robbins to the same position, salary, and seniority, or pay front pay and benefits to him in lieu of reinstatement;

2.Defendant pay lost wages and benefits to Robbins;

3.Defendant pay liquidated damages to Robbins;

4.Defendant pay compensatory and punitive damages to Robbins;

5. Defendant pay pre- and post-judgment interest to Robbins;

6. Defendant pay Robbins' attorneys' fees and costs incurred in litigating this action and;

7. Defendant pay to Robbins any and all other legal and equitable remedies this Court finds appropriate.

        Respectfully submitted,

        *s/ John H. Haskin*
        John H. Haskin, Attorney No. 7576-49

## DEMAND FOR JURY TRIAL

Plaintiff, John Robbins, by counsel, respectfully requests a jury trial for all issues deemed triable.

        Respectfully submitted,

        *s/ John H. Haskin*
        John H. Haskin, Attorney No. 7576-49

        Attorney for Plaintiff
        John Robbins

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:  (317)955-9500
Facsimile:  (317)955-2570
Email:  jhaskin@jhaskinlaw.com